

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2025

No. 04-25-00337-CV

**IN RE Jorge GORRZEGZ-FLORES**

Original Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
Adrian A. Spears, II, Justice
Velia J. Meza, Justice

On May 28, 2025, relator filed this petition for writ of mandamus and motion for temporary relief seeking to prevent the disclosure of information that had been disclosed two weeks prior. This court does not have jurisdiction to consider a moot controversy. *In re Contract Freighters, Inc.*, 646 S.W.3d 810, 813 (Tex. 2022). The stay issued on July 22, 2025 is **LIFTED**. The petition for writ of mandamus and the motion for temporary relief are **DISMISSED AS MOOT**.

It is so **ORDERED** on October 8, 2025.

_____
Velia J. Meza, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2025.

_____
Caitlin A. McCamish, Clerk of Court

[1]This proceeding arises out of Cause No. 2024-CI-20567, styled *Albert Castillo & Sanford E. Roberts, MD. v. Jorge Gorrzegz-Flores*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Tina Torres presiding.